**No. 10-10228. Gary Charles Brestle, Petitioner v. United States.**

564 U.S. 1060, 132 S. Ct. 63, 180 L. Ed. 2d 931, 2011 U.S. LEXIS 5092.

August 15, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1043, 131 S. Ct. 3727, 180 L. Ed. 2d 897, 2011 U.S. LEXIS 4936.

___

**No. 10-10243. Keith Brewington, Petitioner v. Jerome W. Walsh, Superintendent, State Correctional Institution at Dallas, et al.**

564 U.S. 1060, 132 S. Ct. 63, 180 L. Ed. 2d 931, 2011 U.S. LEXIS 5135.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1039, 131 S. Ct. 2983, 180 L. Ed. 2d 257, 2011 U.S. LEXIS 4366.

___

**No. 10-10327. In re Eric W. Poirier, Petitioner.**

564 U.S. 1060, 132 S. Ct. 63, 180 L. Ed. 2d 931, 2011 U.S. LEXIS 5105.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1020, 131 S. Ct. 2949, 180 L. Ed. 2d 239, 2011 U.S. LEXIS 4068.

___

**No. 10-10461. Derek N. Jarvis, Petitioner v. Enterprise Fleet Services and Leasing Company.**

564 U.S. 1060, 132 S. Ct. 63, 180 L. Ed. 2d 931, 2011 U.S. LEXIS 5114.

August 15, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1043, 131 S. Ct. 3076, 180 L. Ed. 2d 898, 2011 U.S. LEXIS 4953.

___

**No. 10-10601. Christopher Reginald Hines, Petitioner v. United States.**

564 U.S. 1061, 132 S. Ct. 63, 180 L. Ed. 2d 931, 2011 U.S. LEXIS 5087.

August 15, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1029, 131 S. Ct. 3046, 180 L. Ed. 2d 863, 2011 U.S. LEXIS 4625.

___

**No. 10-82. United States, Petitioner v. Ricardo Gonzalez.**

564 U.S. 1061, 132 S. Ct. 63, 180 L. Ed. 2d 931, 2011 U.S. LEXIS 5144.

August 15, 2011. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 564 U.S. 1032, 131 S. Ct. 3055, 180 L. Ed. 2d 881, 2011 U.S. LEXIS 4857.